**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| **CONTOUR, LLC, a Utah limited liability company,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOPRO, INC., a Delaware corporation,**<br><br>**Defendant.** | **MEMORANDUM DECISION AND ORDER**<br><br>**Case No. 2:14cv864**<br><br>**Magistrate Judge Paul M. Warner** |

Before the court is Contour, LLC's ("Plaintiff") motion for leave to file a supplemental and second amended complaint.[1] While GoPro, Inc. ("Defendant") has indicated that it does not necessarily oppose Plaintiff's motion, it nonetheless believes that the proposed supplemental and second amended complaint suffers from certain pleading deficiencies outlined in its letter to Plaintiff's counsel and attached to Plaintiff's motion.

Rule 15(d) of the Federal Rules of Civil procedure provides that a court may "permit a party to serve a supplemental pleading setting out any transaction, occrrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Under rule 15(a), motions for leave to amend pleadings are to be "freely given when justice so requires." *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204 (10th Cir. 2006). Thus, for the reasons set forth in Plaintiff's motion, and for good cause appearing, said motion is **GRANTED**. Plaintiff shall file its supplemental and second amended complaint within ten (10) days of the date of this

[1] *See* docket no. 19.

order. As previously ordered[2] (and now clarified), Defendant shall have thirty (30) days from the filing of Plaintiff's supplemental and second amended complaint in which to file a responsive pleading.

**IT IS SO ORDERED**.

DATED this 26th day of March, 2015.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge

[2] *See* docket no. 23.