Richard D. Burbidge (#0492)
Jefferson W. Gross (#8339)
Andrew Dymek (#9277)
**BURBIDGE MITCHELL & GROSS**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341
Email: rburbidge@bmgtrial.com
jwgross@bmgtrial.com
adymek@bmgtrial.com

Frank W. Compagni (#7174)
**MORRISS O'BRYANT COMPAGNI, P.C.**
734 East 200 South
Salt Lake City, Utah 84102
Telephone: (801) 478-0071
Facsimile: (801) 478-0076
Email: compagni@utahpatents.com

*Attorneys for Plaintiff*

David R. Wright (Utah Bar. No. 5164)
Michael J. Howell (Utah Bar. No. 11672)
**MASCHOFF BRENNAN**
201 South Main Street, Ste. 600
Salt Lake City, UT 84111
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: dwright@mabr.com
mhowell@mabr.com

Karineh Khachatourian (*Admitted Pro Hac Vice*)
Daniel T. McCloskey (*Admitted Pro Hac Vice*)
Patrick S. Salceda (*Admitted Pro Hac Vice*)
David T. Xue, Ph.D. (*Admitted Pro Hac Vice*)
**DUANE MORRIS**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4145
Facsimile: (650) 618-2075
Email: karinehk@duanemorris.com
DTMcCloskey@duanemorris.com
PSalceda@duanemorris.com
DTXue@duanemorris.com

*Attorneys for Defendants GoPro, Inc. & Camp Saver, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CONTOUR, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., a Delaware corporation, CAMP SAVER, LLC, a Utah limited liability company, dba CAMPSAVER.COM, and DOES 1-500,<br><br>Defendants. | **JOINT MOTION TO STAY PENDING DATES**<br><br>Civil No. 2:14-cv-00864-CW-DBP<br><br>District Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

Plaintiff Contour, LLC ("Plaintiff") and Defendants GoPro, Inc. ("GoPro") and Camp Saver, LLC ("Camp Saver") (collectively "Defendants"), through counsel, hereby stipulate and jointly move the Court to stay all pending dates, including those under the Local Patent Rules, until such time as the Court issues its ruling on Defendants' Joint Motion to Dismiss Plaintiff's Claims for Indirect and Willful Infringement. This Motion is based upon the following:

1. On November 25, 2014, Plaintiff filed suit alleging that Camp Saver sells and/or offers for sale (or directs or induces others to sell and/or offer for sale) camera products that directly and indirectly infringe U.S. Patent Nos. 8,890,954 and 8,896,694 (the "patents-in-suit"), and that said infringement constituted an unlawful or unfair business practice in violation of Utah's Unfair Competition Act, Utah Code Ann. § 13-5a-102 et seq. Dkt. 1.

2. On January 5, 2015, Plaintiff filed a First Amended Complaint adding GoPro as a defendant alleging that certain GoPro products directly and indirectly infringe the patents-in-suit and that said infringement constituted an unlawful or unfair business practice in violation of Utah's Unfair Competition Act, Utah Code Ann. § 13-5a-102 et seq. Dkt. 4.

3. On March 27, 2015, Plaintiff filed a Supplemental and Second Amended Complaint withdrawing its allegation that Defendants had violated Utah's Unfair Competition Act, Utah Code Ann. § 13-5a-102 et seq.

4. On April 27, 2015, Defendants filed a Joint Motion to Dismiss Plaintiff's Claims for Indirect and Willful Infringement ("Joint Motion to Dismiss"). Dkt. 38.

5. Pursuant to the Patent Local Rules, Plaintiff must serve its list of accused instrumentalities and Initial Disclosures by May 4, 2015 and May 18, 2015, respectively. *See*

Dkt. 28; LPR 2-1 and 2-2. In turn, Defendants must serve their Initial Disclosures by May 26, 2015. *See* LPR 2-2.

6. Pursuant to DUCivR 7-1, the briefing on Defendants' Joint Motion to Dismiss will not be concluded until June 15, 2015.

7. On April 27 and April 28, 2015, the parties met and conferred and agreed that a brief stay of all pending deadlines, including those set forth by the Local Patent Rules, will conserve the parties' resources and, in particular, avoid the burden and expense of complying with the Patent Local Rules regarding allegations that are currently the subject of Defendants' Joint Motion to Dismiss. The parties further agreed and believe that a proposed stay will obviate the time and expense necessary to address these issues in advance of the resolution of the pending Joint Motion to Dismiss, and that any resulting delay in the commencement of discovery will not prejudice either party.

WHEREFORE, for all these reasons, the parties believe good cause exists and jointly move the Court to stay all pending dates, including those under the Local Patent Rules, until such time as the Court issues its ruling on Defendants' Joint Motion to Dismiss.

IT IS SO STIPULATED

Dated: May 4, 2015

Respectfully submitted,

/s/ *Richard D. Burbidge*
Richard D. Burbidge
Jefferson W. Gross
Andrew Dymek
BURBIDGE MITCHELL & GROSS

Frank W. Compagni
MORRISS O'BRYANT COMPAGNI, P.C.

*Counsel for Plaintiff Contour, LLC*

/s/ *David R. Wright*
David R. Wright
Michael J. Howell
MASCHOFF BRENNAN

Karineh Khachatourian
Daniel T. McCloskey
Patrick S. Salceda
David T. Xue, Ph.D.
DUANE MORRIS

*Counsel for GoPro, Inc. & Camp Saver, LLC*

**CERTIFICATE OF SERVICE**

On this 4th day of May, 2015, I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system that will send an electronic notification to counsel of record for all of the parties.

*/s/ David R. Wright*