Richard D. Burbidge (#0492)
Jefferson W. Gross (#8339)
Andrew Dymek (#9277)
**BURBIDGE MITCHELL & GROSS**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341
Email: *rburbidge@bmgtrial.com*
　　　　*jwgross@bmgtrial.com*
　　　　*adymek@bmgtrial.com*

Frank W. Compagni (#7174)
**MORRISS O'BRYANT COMPAGNI, P.C.**
734 East 200 South
Salt Lake City, Utah 84102
Telephone: (801) 478-0071
Facsimile: (801) 478-0076
Email: *compagni@utahpatents.com*

*Attorneys for Plaintiff*

David R. Wright (Utah Bar. No. 5164)
Michael J. Howell (Utah Bar. No. 11672)
**MASCHOFF BRENNAN**
201 South Main Street, Ste. 600
Salt Lake City, UT 84111
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: *dwright@mabr.com*
　　　　*mhowell@mabr.com*

Karineh Khachatourian (*Admitted Pro Hac Vice*)
Daniel T. McCloskey (*Admitted Pro Hac Vice*)
Patrick S. Salceda (*Admitted Pro Hac Vice*)
David T. Xue, Ph.D. (*Admitted Pro Hac Vice*)
**DUANE MORRIS**
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: (650) 847-4145
Facsimile: (650) 618-2075
Email:  *karinehk@duanemorris.com*
　　　　*DTMcCloskey@duanemorris.com*
　　　　*PSalceda@duanemorris.com*
　　　　*DTXue@duanemorris.com*

*Attorneys for Defendants GoPro, Inc. & Camp Saver, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONTOUR, LLC, a Utah limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOPRO, INC., a Delaware corporation, CAMP SAVER, LLC, a Utah limited liability company, dba CAMPSAVER.COM, and DOES 1-500,<br><br>　　　　　　　　Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PENDING DATES**<br><br>Civil No. 2:14-cv-00864-CW-DBP<br><br>　　District Judge Clark Waddoups<br>　　Magistrate Judge Dustin B. Pead |

This matter, having come before the Court on the parties' Joint Motion to Stay Pending Dates, and the Court being fully advised on the matter,

IT IS ORDERED that the Motion is granted. All pending deadlines, including those imposed by the Local Patent Rules are stayed pending the Court's ruling on Defendants' Joint Motion to Dismiss Plaintiff's Claims for Indirect and Willful Infringement.

DATED this 16th day of ~~May~~ June, 2015.

BY THE COURT:

~~DUSTIN B. PEAD~~
~~UNITED STATES MAGISTRATE JUDGE~~

Clark Waddoups
United States District Judge