Richard D. Burbidge (#0492)
rburbidge@bmgtrial.com
Jefferson W. Gross (#8339)
jwgross@bmgtrial.com
Andrew Dymek (#9277)
adymek@bmgtrial.com
BURBIDGE MITCHELL & GROSS
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

Frank W. Compagni (#7174)
compagni@utahpatents.com
MORRISS O'BRYANT COMPAGNI, P.C.
734 East 200 South
Salt Lake City, Utah 84102
Telephone: (801) 478-0071
Facsimile: (801) 478-0076
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CONTOUR, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC., a Delaware Corporation, CAMP SAVER, LLC, a Utah limited liability company, dba CAMPSAVER.COM, and DOES 1-500,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil No. 2:14-cv-00864-CW-DBP<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Contour, LLC ("Plaintiff" or "Contour"), by and through its counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all the defendants.

None of the Defendants have filed an answer or a motion for summary judgment.

DATED this 30th day of November, 2015.

BURBIDGE MITCHELL & GROSS
215 South State Street, Suite 920
Salt Lake City, Utah 84111

MORRISS O'BRYANT COMPAGNI, P.C.
734 East 200 South
Salt Lake City, Utah 84102

By: *<u>/s/ Richard D. Burbidge</u>*
*Attorneys for Plaintiff*